NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

NO. 04-1170


KURT TRAHAN

VERSUS

PHARABIE F. TRAHAN, NATIONAL AUTOMOTIVE
INSURANCE COMPANY AND ALLSTATE INSURANCE
COMPANY

************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 2003-3116 "L",
HONORABLE MARILYN C. CASTLE, DISTRICT JUDGE

************

JIMMIE C. PETERS
JUDGE

************

Court composed of Oswald A. Decuir, Jimmie C. Peters and Glenn B. Gremillion,
Judges.

AFFIRMED.


Jeffery F. Speer
J. Louis Gibbens, III
Jason E. Fontenot
Doucet-Speer
725 South Washington Street
Post Office Drawer 4303
Lafayette, LA  70502
(337) 232-0405
COUNSEL FOR PLAINTIFF/APPELLANT:
    Kurt Trahan

**Joseph H. Garbarino**
**Law Offices of Harold G. Toscano**
**400 E. Kaliste Saloom Road, Suite 8300**
**Lafayette, LA  70508**
**(337) 291-1743**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Allstate Insurance Company**